No. 157, Misc. ANGELET ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 174, Misc. PECKHAM *v.* DEPARTMENT OF PUBLIC SAFETY OF ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 175, Misc. TANNER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 192, Misc. MORGAN *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

OCTOBER 22, 1957.

No. 11, Original. UNITED STATES *v.* LOUISIANA. It is ordered that the time of the United States for filing an amended or supplemental complaint pursuant to the Court's order of June 24, 1957, 354 U. S. 515, is hereby extended to November 21, 1957. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this case.

No. 17. RASMUSSEN *v.* BROWNELL, ATTORNEY GENERAL. Certiorari, 353 U. S. 907, to the United States Court of Appeals for the District of Columbia Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Jack Wasserman* for petitioner, and *Solicitor General Rankin* for respondent, were on the stipulation.